```
Patricia Barlow State Bar #135637
BARLOW LAW
1611 Jackson Street
San Francisco, California 94109
Ph(415) 977 1107 Fax (415) 977 1111


Attorney for Plaintiff
```

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STEVEN HICKS ) | CASE NO.CV12-01200 JFW (SPx) |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER OF DISMISSAL** |
| ) | |
| VIRGIN ATLANTIC AIRWAYS ) | |
| LIMITED ) | |
| ) | |
| Defendant ) | |

**ORDER OF DISMISSAL**

The Court hereby dismisses this lawsuit in its entirety, with prejudice, and with each party bearing its own costs and attorney's fees.

**SO ORDERED**

DATED: August 7, 2012

_____
US District Judge John F. Walter

[PROPOSED] ORDER